*In re* **SCHNIBBEN**, JEFFREY CHARLES (MR 17526)
Mattoon, IL

Order of the Court:

The motion by Jeffrey Charles Schnibben to strike his name from the roll of attorneys licensed to practice law in Illinois pursuant to Supreme Court Rule 762(a) is allowed, effective immediately.

*In re* **SHEAHAN**, ROBERT E., JR. (MR 17503)
High Point, NC

Order of the Court:

The petition by the Administrator of the Attorney Registration and Disciplinary Commission to impose reciprocal discipline pursuant to Supreme Court Rule 763 is allowed, and respondent Robert E. Sheahan, Jr., who has been disciplined in the State of North Carolina, is censured.